## COMMONWEALTH *vs.* HENRY A. EWERS.

The defendant, in a criminal case, is not liable for the costs of witnesses who were summoned and testified exclusively in relation to counts upon which no verdict was found.

INDICTMENT for selling intoxicating liquors in violation of *St.* 1852, *c.* 322. At the trial in the court of common pleas, the jury returned a verdict of guilty on one count, but disagreed as to other three counts, and the district attorney entered a *nolle prosequi* on those counts. *Sanger*, J. sentenced the defendant to pay a fine and give bond as directed by the statute, and also to pay the costs of prosecution, including the costs of witnesses who were summoned and testified exclusively with reference to those counts upon which no verdict was found; and the defendant alleged exceptions to so much of the sentence as imposed upon him the costs of those witnesses.

*C. Allen*, for the defendant.

*J. H. Clifford*, (Attorney General,) for the Commonwealth.

DEWEY, J. No objection is made to this mode of revising the opinion of the court of common pleas on the principle involved in the taxation of costs. We think the principle

adopted by the presiding judge was erroneous, and that the defendant is bound to pay for the costs of those witnesses only who attended for the purpose of testifying in reference to the count upon which he was convicted.